IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO ARELLANO-HERNANDEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The court has been advised of the passing of defendant's attorney. Since the defendant is presently a fugitive, there is no reason to appoint new counsel at this time. That matter will be addressed at such time as the defendant is brought before the court.

DATED this 15th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge