IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGIO ARELLANO-HERNANDEZ,<br><br>                Defendant. | 4:03CR3067<br><br>ORDER FOR<br>DISMISSAL OF INDICTMENT |

The motion of the United States (filing no. 105) is hereby granted.   It is hereby ordered that the Indictment in this matter is dismissed without prejudice.

DATED this 5th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge